DANIEL T. HAYWARD
Nevada Bar No. 5986
DANIEL C. TETREAULT
Nevada Bar No. 11473
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
Telephone: (775) 322-1170
Facsimile: (775) 322-1865
*Attorneys for Plaintiff Joi Childs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JOI CHILDS,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHA HOME HEALTH AGENCY, INC., a Nevada corporation; PHILIP A. OJO, an individual; STECKLER MEDICAL INSTITUTE, CHTD., d/b/a INTERNAL MEDICINE ASSOCIATES, DOE INDIVIDUALS I through X, and DOE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CIVIL ACTION NO.: 2:13-cv-00166-GMN-PAL<br><br>**JOINT MOTION TO DISMISS WITHOUT PREJUDICE AS TO CLAIMS AGAINST ALPHA HOME HEALTH AGENCY, INC., AND PHILIP A. OJO**<br><br>**AND ORDER** |

Plaintiff JOI CHILDS and Defendants ALPHA HOME HEALTH AGENCY, INC. ("Alpha") and PHILIP A. OJO (collectively "Defendants"), by and through their attorneys of record, hereby submit their Joint Motion for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

**MEMORANDUM OF POINTS AND AUTHORITIES**

This is a qui tam action filed by Plaintiff Joi Childs against Defendant Alpha and Ojo on behalf of the United States arising out of alleged violations of the False Claims Act. Plaintiff also brought retaliatory discharge claims under the Act against Defendant Steckler Medical

Institute, Chtd., dba Internal Medicine Associates ("IMA"). Plaintiff's claims against IMA were resolved at an Early Neutral Evaluation conference held on August 30, 2013, and were subsequently dismissed on November 8, 2013. (Dkt. #38.)

Federal Rule of Civil Procedure 41(a)(2) states in pertinent part:

> Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. If a defendant has pleaded a counterclaim before being served with the plaintiff's motion to dismiss, the action may be dismissed over the defendant's objection only if the counterclaim can remain pending for independent adjudication. Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

Plaintiff has determined through written discovery and independent investigation that Defendants Alpha and Ojo lack the non-exempt financial resources to satisfy any judgment which may result from this action. Defendants Alpha and Ojo, while denying any and all liability, concur with Plaintiff's assessment. Accordingly, the parties submit this joint motion for dismissal of Plaintiff's remaining claims, without prejudice, with each party to bear its own attorney fees and costs.

Because this is a qui tam case, the parties respectfully request that the Court await receipt of a written notice of consent to the dismissal from the United States before entering the requested dismissal without prejudice.

WHEREFORE, Plaintiff and Defendants jointly move the Court for its order dismissing this action without prejudice as to remaining Defendants Alpha and Ojo, with each party to bear its own attorney fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
6720 VIA AUSTI PARKWAY
SUITE 430
LAS VEGAS, NEVADA 89119

DATED this 11th day of December, 2013.     DATED this 11th day of December, 2013.

LAXALT & NOMURA, LTD.                           ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

By /s/ *Daniel T. Hayward*_____
   DANIEL T. HAYWARD, ESQ.           By /s/ *G. Mark Albright*_____
   Nevada Bar No. 5986                           G. MARK ALBRIGHT, ESQ.
   DANIEL C. TETRAULT, ESQ.            Nevada Bar No. 001394
   Nevada Bar No. 11473                         801 South Rancho Drive, Suite D4
   9600 Gateway Drive                            Las Vegas, NV  89106
   Reno, NV  89521                                    *Attorneys for Defendants Alpha Home*
   *Attorneys for Plaintiff, Joi Childs*       *Health Agency, Inc. and Philip A. Ojo*

## ORDER

Pursuant to the Notice of Consent to Dismissal (ECF No. 43) filed by the United States of America, and finding good cause, the Court hereby GRANTS the Joint Motion to Dismiss (ECF No. 42) filed by Plaintiff Joi Childs and Defendants Alpha Home Health Agency, Inc., and Philip A. Ojo.

This action is hereby **DISMISSED with prejudice** as to the remaining Defendants, with each party to bear its own attorney fees and costs, and this case shall be closed.

**IT IS SO ORDERED** this 12th day of December, 2013.

_____
Gloria M. Navarro
United States District Judge